UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

In re:                                )
                                      )
WADE, CHARLOTTE ANN,                  )    Case No. 07-62403 WEA
                                      )
                                      )
         Debtor.                      )    Chapter 7
                                      )

Form 104-8B
Rev. 1/05

MAY 2 0 2011

BY_____
DEPUTY CLERK

## TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: May 19, 2011

/s/ George A. McLean, Jr.
GEORGE A. MCLEAN, JR., Trustee
302 WASHINGTON AVENUE
ROANOKE, VA 24016
(540) 982-8430

Attachment for Item No. 2:

Check written to U.S. Bankruptcy Court Clerk for deposit to U.S. Treasury in the amount of $1.68 dated May 19, 2011, which represents disbursement under $5.00 on Claim No. 2-1: Children's Medical Center, 15 Cleveland Ave., Ste. 14, Martinsville, VA 24112.